**Order entered October 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00497-CR

**HECTOR RIVAS-MACIAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064769**

## ORDER

Appellant was convicted of indecency with a child. Appellant's brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** the appellant's brief filed on September 30, 2015. We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, amended briefs that identify the complaining witness by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/      ADA BROWN
            JUSTICE